

FILED

DEC 1 2 2016

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW KEITH PRICE,<br><br>Defendant. | CR 16-68-BLG-SPW-2<br><br>ORDER |

Upon the Court's own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for Thursday, February 16, 2017 at 9:30 a.m., is **VACATED** and reset to commence on **Thursday, February 16, 2017 at 1:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 19th day of December, 2016.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE