IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW KEITH PRICE,<br><br>Defendant. | No. CR 16-68-BLG-SPW-2<br><br>ORDER |

On March 16, 2017, this Court sentenced Defendant Matthew Keith Price to a total term of imprisonment of 100 months and a total term of supervised release of four years for conspiracy with intent to distribute methamphetamine and conspiracy to commit money laundering. (Doc. 110). Price was released to a pre-release program on March 16, 2022. (Doc. 208 at 2). He successfully completed the six-month program and began his term of supervision on September 8, 2022. (*Id.*).

On September 27, 2023, Price filed a motion seeking early termination of his four-year term of supervised release. (*Id.*). He explains that since beginning his term of supervision, he has been fully compliant with the terms of his supervised release, has not been subject to any disciplinary actions, and has paid all outstanding debts. (*Id.* at 2). He also is financially stable and gainfully employed. (*Id.*).

1

The Government opposes the motion on the grounds that Price has only finished about one-fourth of his term of supervision. (Doc. 213). The Government explained that it would be more receptive to the motion after Price completes about two-thirds of his term of supervision since Price had a criminal history category of IV and a long-documented addiction to methamphetamine. (*Id.* at 2).

Price's supervising probation officer communicated to the Court that she opposes Price's motion because Price has not completed at least half of his term of supervision. Though the statute allowing for termination only requires a defendant to be on supervised release for one year, a U.S. Probation Office policy requires a defendant to have finished at least half of their term of supervised release to qualify for early termination. Price's supervising officer noted to the Court that Price has been compliant and completed all his conditions.

The Court appreciates Price's compliance and acknowledges his success. However, the Court agrees with the Government and his supervising officer that Price's completion of only about 13 months of a four-year term of supervised release is not sufficient to ensure Price receives the full benefits of supervised release and is adequately deterred from backsliding.

Accordingly, IT IS HEREBY ORDERED that Price's motion for early termination of supervised release (Doc. 208) is DENIED.

DATED this 23rd day of October, 2023.

_____
SUSAN P. WATTERS
UNITED STATES DISTRICT COURT